# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 1:21-cr-87 (TJK) (2) |
| : | |
| **JOSEPH HOWE,** : | |
| : | |
| Defendant. : | |
| : | |

## UNOPPOSED MOTION FOR PROTECTIVE ORDER

The United States of America hereby respectfully moves the Court for the entry of a protective order governing the production of discovery by the parties in the above-captioned case. The United States and counsel for the defendant have reached an agreement as to the proposed protective order. Therefore, the United States is authorized to represent to the Court that the defendant Joseph Howe does not oppose this motion or the entry of the attached protective order. A similar order has already been issued with respect to co-defendant Michael Sparks (Dkt. No. 14, April 20, 2021).

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By:   /s/ *Emily W. Allen*
EMILY W. ALLEN, Cal. Bar No. 234961
SONIA MITTAL
Assistant United States Attorneys
601 D Street N.W.
Washington, D.C. 20530
emily.allen@usdoj.gov
(907) 271-4724