UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-CR-87 (TJK) |
| | : | |
| **MICHAEL SPARKS, et al,** | : | |
| | : | |
| **Defendants.** | : | |

# [PROPOSED] ORDER

The parties having submitted jointly requested a status conference to address the appearance of counsel for defendant Joseph Howe, it is hereby ORDERED that:

6. Counsel for defendant Howe shall file a notice of appearance in the above-captioned matter by close of business on March 2, 2023;

7. In the event no notice of appearance has been filed by that date, the parties, including both defendants, shall appear by videoconference for a hearing to address the status of counsel on March 3, 2023, at 2:00 pm.

**SO ORDERED.**

_____
TIMOTHY J. KELLY
United States District Judge

Date: