# EXHIBIT 2



U.S. Department of Justice

Matthew M. Graves
United States Attorney

*District of Columbia*
*Patrick Henry Building*
*601 D Street N.W.*
*Washington, D.C.  20530*

March 7, 2023

VIA Electronic Mail

AT&T
National Compliance Center
11760 Highway 1, Suite 600
North Palm Beach, FL  33408
Attn: Legal Compliance
Fax: 888-938-4715

        Re:    U.S. v. Michael Sparks, et al.
              Crim. No. 21-CR-00087 (TJK)
              Trial Subpoena No. TR20230307100031

Dear AT&T:

     Enclosed is a subpoena that requires your appearance in the U.S. District Court for the District of Columbia in connection with the trial of the above-referenced case.  The subpoena directs you to appear via remote /VTC on **4/28/2023** before Judge **Timothy J. Kelly**  at **1:30 PM**.  The subpoena also requires you to appear with the requested records as described in the attached to the subpoena at that hearing.

     In lieu of appearing at the above-referenced status hearing, you may electronically produce the documents requested in the attached subpoena, along with the completed declaration attached to that subpoena, to the United States Attorney's Office, at the contact information provided in the attachment to the subpoena.

     If you need instructions on how to access the remote/VTC hearing, please contact the United States Attorney's Office at the number or email address below. Please call me immediately if there are any scheduling problems.

     We appreciate your cooperation in this matter.  If you have any questions, please contact this office at the number below.

Sincerely,

Matthew M. Graves
United States Attorney

By: /s/ Emily Allen
Emily W. Allen
Assistant United States Attorney
907-271-4054
Emily.Allen@usdoj.gov

# UNITED STATES DISTRICT COURT
## for the
## District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Michael Sparks, et al. | ) | Case No. 21-CR-00087 (TJK) |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: AT&T
National Compliance Center
11760 Highway 1, Suite 600
North Palm Beach, FL  33408
Attn: Legal Compliance

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: Remote/VTC Hearing<br>U.S. District Courthouse for the District of Columbia<br>333 Constitution Avenue, N.W.<br>Washington, D.C. 20001 | Courtroom No.: Remote/VTC (Contact U.S. Attorney's Office or the Court for access instructions)<br>Date and Time: Friday, April 28, 2023 at 1:30 PM |
|---|---|

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*

**Please see Attachment**

(SEAL)

Date: March 7, 2023

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* the United States of America _____ who requests this subpoena, are:

Emily W. Allen, Assistant United States Attorney
United States Attorney's Office for the District of Columbia
601 D Street N.W.
Washington, DC  20530
Phone: 907-271-4054   Fax:
Email: emily.allen@usdoj.gov

Subpoena #TR20230307100031
USAO #2021R00561
In re PVO:  18 U.S.C.§1752
Preparer:  KCLEMENT

AO 89  (Rev. 08/09; DC 4/10) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.  21-CR-00087 (TJK)

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*  AT&T _____
was received by me on *(date)* _____.

_____

I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or, _____

I returned the subpoena unexecuted because: _____

_____
.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of $_____.

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                        *Server's signature*

                                         _____
                                                        *Printed name and title*

                                         _____
                                                        *Server's address*


Additional information regarding attempted service, etc.:

SUBPOENA #TR20230307100031

FIN-1  07/14

**Attachment**
**AT&T National Compliance Center**
**Trial Subpoena #TR20230307100031**

Michael Nelson Sparks
Date of Birth
Social Security Number

**Phone Number:**

Time Period: Nov 1, 2020 – Jan 31, 2021

For each such account, the information shall include the subscriber's:

1. Names (including subscriber names, user names, and screen names);
2. Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);
3. Local and long distance telephone connection records;
4. Records of session times and durations;
5. Length of service (including start date) and types of service utilized;
6. Telephone or instrument numbers (including MAC addresses, Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"), Mobile Identification Numbers ("MIN"), Subscriber Identity Modules ("SIM"), MSISDN, International Mobile Subscriber Identifiers ("IMSI"), or International Mobile Station Equipment Identities ("IMEI"));
7. Other subscriber numbers or identities (including temporarily assigned network addresses and registration Internet Protocol ("IP") addresses);
8. Means and source of payment for such service (including any credit card or bank account number) and billing records.

Please return records to:



# **DECLARATION OF CUSTODIAN OF RECORDS**

Pursuant to 28 U.S.C. §1746, I, the undersigned, hereby declare:

My name is _____ .
*(name of declarant)*

    I am a United States citizen and I am over eighteen years of age. I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration. I have knowledge of the record keeping system used by this business; this includes how records are created and maintained.

    I am in receipt of a United States District Court Subpoena #TR20230307100031 dated March 7, 2023, signed by Assistant United States Attorney <u>Emily W. Allen</u>, requesting specified records of the business named below.

    Attached hereto are _____ pages of records regarding _____
_____ responsive to the subpoena. I
*(Brief description of type of documents being subpoenaed)*

understand how these responsive documents were created. Pursuant to Rules 902(11) and 803(6) of the Federal Rules of Evidence, I hereby certify that the records attached hereto:

    (1) were made at or near the time of the occurrence of the matters set forth in the records, by, or from information transmitted by, a person with knowledge of those matters;

    (2) were kept in the course of regularly conducted business activity, in that the records were created and preserved pursuant to established procedures, and were relied upon by an employee or this business; and

    (3) were made as part of the regularly conducted business activity as a regular practice, in that the records were created and preserved as part of routine reflections of the normal operations of this business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
*(date)*

_____
*(signature of declarant)*

_____
*(name and title of declarant)*

_____
*(name of business)*

_____
*(business address)*

_____
*(business address)*

<u>Definitions of terms used above</u>:

As defined in Fed.R.Evid. 803(6), "record" includes a memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term "business" as used in Fed.R.Evid. 803(6) and the above declaration includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.