NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.   20001**

UNITED STATES OF AMERICA

vs.                                                                          Criminal Number   1:21-cr-00087-TJK

**JOSEPH HOWE**
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA           ☐ RETAINED           ☒ FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Gretchen Staft, AK Bar No. 0911063
*(Attorney & Bar ID Number)*

Federal Public Defender - District of Alaska
*(Firm Name)*

188 W. Northern Lights Blvd., Ste. 700
*(Street Address)*

Anchorage           Alaska           99503
*(City)*              *(State)*           *(Zip)*

907-646-3400
*(Telephone Number)*