# Exhibit 2



|  | U.S. Department of Justice |
|---|---|
|  | Matthew M. Graves |
|  | United States Attorney |
|  | *District of Columbia* |
|  | *Patrick Henry Building* |
|  | *601 D Street N.W.* |
|  | *Washington, D.C.  20530* |

April 7, 2023

<u>VIA Electronic Mail</u>

Kentucky Gun Co.
401 Glenwood Drive
Bardstown, KY  40004

         Re:    U.S. v. Michael Sparks, et al.
                <u>Crim. No. 21-CR-00087 (TJK)</u>
                Trial Subpoena No. TR20230407101055

Dear Kentucky Gun Co.:

      Enclosed is a subpoena that requires your appearance in the U.S. District Court for the District of Columbia in connection with the trial of the above-referenced case.  The subpoena directs you to appear via remote /VTC on **5/5/2023** before Judge **Timothy J. Kelly**  at **1:00 PM**.  The subpoena also requires you to appear with the requested records as described in the attached to the subpoena at that hearing.

      In lieu of appearing at the above-referenced status hearing, you may electronically produce the documents requested in the attached subpoena, along with the completed declaration attached to that subpoena, to the United States Attorney's Office, at the contact information provided in the attachment to the subpoena.

      If you need instructions on how to access the remote/VTC hearing, please contact the United States Attorney's Office at the number or email address below. Please call me immediately if there are any scheduling problems.

      We appreciate your cooperation in this matter.  If you have any questions, please contact this office at the number below.

Sincerely,

Matthew M. Graves
United States Attorney

By: /s/ Emily Allen
    Emily W. Allen
    Assistant United States Attorney
    907-271-4054
    Emily.Allen@usdoj.gov

AO 89 (Rev. 08/09; DC 4/10) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
## District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Michael Sparks | ) | Case No. 21-CR-00087 (TJK) |
| *Defendant* | ) | |

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Kentucky Gun Co.
401 Glenwood Drive
Bardstown, KY 40004

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: U.S. District Courthouse for the District of Columbia 333 Constitution Avenue, N.W, Washington, D.C. 20001 | Courtroom No.: Remote/VTC |
|---|---|
| | Date and Time: Friday, May 5, 2023 at 9:00 AM |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*

(SEAL)

Date: April 7, 2023

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* the United States of America who requests this subpoena, are:

Emily W. Allen, Assistant United States Attorney
United States Attorney's Office for the District of Columbia
601 D Street N.W.
Washington, DC 20530
Phone: 907-271-4054   Fax:
Email: emily.allen@usdoj.gov

Subpoena #TR20230407101055
USAO #2021R00561
In re PVO: 18 U.S.C. §1752
Preparer: KCLEMENT

AO 89  (Rev. 08/09; DC 4/10) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.  21-CR-00087 (TJK)

## PROOF OF SERVICE

      This subpoena for *(name of individual and title, if any)*  Kentucky Gun Co._____
was received by me on *(date)* _____.

_____

      I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____  ; or,_____

      I returned the subpoena unexecuted because: _____

_____
    .

      Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of $_____.

My fees are $_____  for travel and $_____  for services, for a total of $_____.

      I declare under penalty of perjury that this information is true.

Date: _____

                                                              _____
                                                              *Server's signature*

                                                              _____
                                                              *Printed name and title*

                                                              _____
                                                              *Server's address*

Additional information regarding attempted service, etc.:

**SUBPOENA #TR20230407101055**

| U.S. Department of Justice | Request for Financial Information Under the Right to Financial Privacy Act (RFPA) |
|---|---|
| Washington, D.C. 20530 | (Authorization, Purchase Order and Receiving Report) |

This form shall be used when requesting financial records of individuals and partnerships of five or fewer individuals under the RFPA.

| 1 Tracking Number:<br>TR20230407101055 | 2 Date Order Prepared:<br>4/7/2023 | 3 USAO Number:<br>2021R00561 |
|---|---|---|

## Section A - Authorization and Purchase Order

| 4 Name and Address of Financial Institution:<br>Kentucky Gun Co.<br>401 Glenwood Drive<br>Bardstown, KY  40004 | Funding Certification & Authorization: | A. _____<br>Budget Official Signature   Funding Available   Date<br><br>B. _____<br>Approving Official Signature               Date |
|---|---|---|
| 5 Deliver Records To:<br>Emily W. Allen<br>601 D Street N.W.<br>Washington, DC  20530 | Send Completed USA-211 Form & Invoice To: | 6 Return Date<br>5/5/2023 |

7 Remarks: Do not proceed with compliance if the total cost will exceed  $200.00  without prior approval.  To obtain approval, call the requestor listed in Item 8.
If invoicing for these services is expected to exceed 120 days, please notify the United States Attorney's Office immediately to ensure funds remain available for payment.  Please see attached Important Notice for additional information on invoicing and other requirements for reimbursement.

| 8 Name of Requestor:<br>Emily W. Allen/KCLEMENT | 9 Telephone Number:<br>907-271-4054 | 10 Date of request:<br>4/7/2023 |
|---|---|---|

## Section B - Financial Institution Invoice

No Payment Shall Be Made Unless Expenses Are Itemized Below Or Set Forth On Your Attached Invoice.

| 11A Invoice Number:<br>11B Tax ID Number: | Quantity | Unit Price | | Amount |
|---|---|---|---|---|
| | | Cost | Per | |
| 11C Service(s)/Records Provided: | | | | |
| A. Searching and processing costs (clerical or technical personnel) | | $22.00 | Hour | |
| B. Searching and processing costs (management/supervisory personnel) | | $30.00 | Hour | |
| C. Searching and processing costs (computer support specialist) | | $30.00 | Hour | |
| D. Reproduction Costs (Photocopying) - **Note: Copy charges will be disallowed if the information is stored electronically, unless the US Attorney's Office requests paper. | | $0.25 | Page | |
| E. Reproduction Costs (Paper Copies of Microfiche: provide justification) | | $0.25 | Frame | |
| F. Reproduction Costs (Duplicate Microfiche: provide justification) | | $0.50 | Microfiche | |
| G. Storage Media Cost (e.g., Compact Disc, DVD, etc., at Actual Cost) | | | | |
| H. Transportation Costs (Direct Costs Only) | | | | |

In Item #12, pursuant to 18 U.S.C. § 1001, I certify under penalty of perjury that, to the best of my knowledge, the services invoiced above (or in an invoice submitted along with this certification) accurately identify the actual quantities of hours, pages, and microfiche and that any other charges represent the actual costs of the services or goods being invoiced or, if actual costs cannot be identified, the charges represent good faith estimates of the actual or direct costs. I further certify under penalty of perjury that all services invoiced were not performed relative to corporate accounts and pertain only to accounts of

| 12 Signature of Financial Institution Official: | 13 Date Signed: | Total Amount Claimed By Financial Institution | |
|---|---|---|---|

## Section C - Receiving Report

| | | 16 Disallowance<br>(See Attached) | |
|---|---|---|---|
| 14 I certify that the articles and services listed were received: | 15 Date Received: | 17 Net to<br>   Financial<br>   Institution | |

| 18 Right to Financial Privacy Act - Public Law 95-630<br>(12 U.S.C. 3401-3422) Request Pursuant To:    (Check One Only) | | | 19 Signature of Approving Official:          Date: |
|---|---|---|---|
| SECTION | | OBJECT CLASS | 20 Funding Source |
| ☐ 3404 | Customer Authorization | 2545 | Accounting Code: |
| ☐ 3405 | Administrative Subpoena or Summons | 2545 | Program |
| ☐ 3406 | Search Warrant | 2545 | 21 Other Accounting/Fund Information: |
| ☐ 3407 | Judicial Subpoena | 2545 | Program Code:       Project Code: |
| ☐ 3408 | Formal Written Request | 2545 | YREGDOC: |
| ☒ 3413 | Grand Jury Subpoena | 2545 | Call Number (if applicable): |
| ☐ 3414 | Special Procedures | 2545 | OBL Month (YRMO): |
| 22 Remarks: | | | TAX ID Number: |

To the best of my knowledge, the financial records received, for which we are being billed, are those of an individual or partnership of five or fewer individuals.

Signature of United States Attorney's Office Representative          Date

FORM USA-211
DEC. 2015

PLEASE Read FIN-1 instructions before completing this form. Original and one copy required.

**BILL TO:** UNITED STATES ATTORNEY'S OFFICE - DISTRICT OF COLUMBIA
FINANCE SECTION, 601 D STREET N.W., WASHINGTON, D.C. 20530
202-252-1700

| DCN (FINANCE use only) If blank please call 202-252-1700 | C1 |
| --- | --- |
| | LP |

## ADVICE OF OBLIGATION / RECEIVING REPORT

| 1 AUSA | 2 SUPPORT PERSON | 3 REQUESTING DIV | 4 TELEPHONE CONTACT | 5 USAO NUMBER | 6 GJ DATE |
| --- | --- | --- | --- | --- | --- |
| Emily W. Allen | KCLEMENT | CRIMINAL DIVISION | 907-271-4054 | 2021R00561 | |

| 7 CASE NAME | 8 CASE NUMBER | 9 ACCOUNT TYPE | | 10 GJ NUMBER |
| --- | --- | --- | --- | --- |
| | 21-CR-00087 | DIR O   OCDETF O   HCF O   AF O   ACE O | | |

| 11 ESTIMATED DELIVERY DATE | 12 EST COST (If Over $3,000, MUST be submitted to PROCUREMENT SECT.) | 13 VENDOR NAME | 14 VENDOR TAX I D |
| --- | --- | --- | --- |
| 5/5/2023 | $75.00 | Kentucky Gun Co.<br>401 Glenwood Drive<br>Bardstown, KY  40004 | |

**15   TYPE OF OBLIGATION**

- O TRANSCRIPT (Grand Jury)                             (25225)
- O TRANSCRIPT (Court)                                      (25225)
- O TRANSCRIPT (Deposition)                             (25225)
- O FILING (Copy Abstract of Title, Filing Document Required)   (25215)
- O STENOGRAPHY& INTERPRETER SERVICES        (25206)
- O CONSULTANT                                                  (25107/25LC)
- ● LEGAL RESEARCH                                          (25213)
- O CERTIFIED CONVICTION                              (25213)
- O OTHER (Specify below)                                  (25107)

| 16 TYPE OF TRANSCRIPT REQUESTED | 16a. For Court Reporter requests ONLY | 17 TRANSCRIPT TYPE | 18 TRANSCRIPT FORMAT |
| --- | --- | --- | --- |
| O REGULAR<br>O INTERMEDIATE<br>O DAILY (Approval Required) | O SPECIAL (Hourly – Approval Required)<br>O EXPEDITE (Approval Required)<br>O EXPRESS (Approval Required) (3 Days) | O COPY<br>O ORIGINAL<br>O TAPE | O FULL PAGE<br>O CONDENSED<br>O ELECTRONIC |

**19   REQUESTED ITEM**

TR20230407101055

| 20 SIGNATURE OF REQUESTOR | 21 DATE | 22 APPROVED BY (Must have OBD-234 on File) | 23 DATE |
| --- | --- | --- | --- |
| Typed/Printed Name of Requestor | | Typed/Printed Name of Approving Official | |

| 24 FUNDS CERTIFICATION | 25 DATE |
| --- | --- |
| | |

**26. INVOICE**

| Number and Date of Order | Date of Delivery or Service | Articles of Service(s) | Transcript Type | Quantity | Unit Price Cost | Per | Amount |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | |
| | | | | | | | |
| | | | | | | TOTAL | |

Payee Signature: _____   Date: _____   *No payments should be made unless expenses are itemized

**27 CERTIFICATION**
I certify that these goods and/or services were received on _____ (date) and accepted on _____ (date).  Oral purchase was authorized and no confirming order has been issued."

_____                        _____
SIGNATURE                                                                                         DATE

Printed or Typed Name and Title: _____

ORIGINAL – Finance            COPY – Originating Office                                        FIN-1 07/14

# **DECLARATION OF CUSTODIAN OF RECORDS**

Pursuant to 28 U.S.C. §1746, I, the undersigned, hereby declare:

My name is _____ .
*(name of declarant)*

I am a United States citizen and I am over eighteen years of age. I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration. I have knowledge of the record keeping system used by this business; this includes how records are created and maintained.

I am in receipt of a United States District Court Subpoena #TR20230407101055 dated April 7, 2023, signed by Assistant United States Attorney <u>Emily W. Allen</u>, requesting specified records of the business named below.

Attached hereto are _____ pages of records regarding _____
*(Brief description of type of documents being subpoenaed)*
_____ responsive to the subpoena. I understand how these responsive documents were created. Pursuant to Rules 902(11) and 803(6) of the Federal Rules of Evidence, I hereby certify that the records attached hereto:

(1) were made at or near the time of the occurrence of the matters set forth in the records, by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of regularly conducted business activity, in that the records were created and preserved pursuant to established procedures, and were relied upon by an employee or this business; and

(3) were made as part of the regularly conducted business activity as a regular practice, in that the records were created and preserved as part of routine reflections of the normal operations of this business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
*(date)*

_____
*(signature of declarant)*

_____
*(name and title of declarant)*

_____
*(name of business)*

_____
*(business address)*

_____
*(business address)*

<u>Definitions of terms used above:</u>

As defined in Fed.R.Evid. 803(6), "record" includes a memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term "business" as used in Fed.R.Evid. 803(6) and the above declaration includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

**ATTACHMENT A**
**KENTUCKY GUN CO**
**TRIAL SUBPOENA # TR20230407101055**

You are required to provide:

All records relating to transactions between November 1, 2020, and January 31, 2021, as follows:

- Any purchases made by Michael Nelson Sparks ▮
- Any purchases associated with or delivered to the address: ▮
- Any purchases using credit card number ▮

All records relating to a purchase of $185.29 on 12/12/2020 and a purchase of $43.98 on 1/4/2021 made using credit card number ▮

The information shall include, but is not limited to:

- Receipts and transaction records, including details of all payments made
- Detailed description of all items purchased
- Customer information and any record of registration or transfer, including any customer account, loyalty program, or subscriber information
- All correspondence relating to the purchaser that relate to any sales during the relevant period
- Customer Account information including subscriber information, usernames, e-mail addresses, physical addresses, phone numbers, etc.

Please return records to: Special Agent ▮ Federal Bureau of Investigation ▮
▮