CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal Case No.: 21-cr-87(TJK)-2 |
| vs. ) | |
| ) | |
| JOSEPH HOWE ) | |

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_Joseph Howe_
Defendant

_[signature]_
Counsel for Defendant

I consent:

_[signature]_
Assistant United States attorney

Approved: _[signature]_    Date: 8/1/23

HON. TIMOTHY J. KELLY
United States District Judge