UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 1:21-CR-87 (TJK) |
| v. : | |
| : | |
| JOSEPH HOWE, : | |
| : | |
| Defendant. : | |

NOTICE OF FILING OF VIDEO
PURUSANT TO LOCAL CRIMINAL RULE 49

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby notifies the Court of the submission of video exhibits in support of sentencing in the above-captioned matter. As video clips, they are not in a format that readily permits electronic filing on CM/ECF. Video exhibits have been submitted to the Court and made available to defense counsel via the government's file-sharing site, USAfx. Each exhibit is identified and briefly described below.

- Exhibit A: Howe, Sparks Walking on Mall
- Exhibit B: Video in West Front Scaffolding
- Exhibit C: RMG News Excerpt
- Exhibit D: Insurgence USA Excerpt
- Exhibit E: USCP CCTV of Howe on Stairs
- Exhibit F: Howe kicking SWD from Parler video
- Exhibit G: Video inside Capitol
- Exhibit H: Siege of the Capitol – Howe Clip

1

If the Court accepts these proposed video exhibits into evidence, the United States takes the position that the entered exhibits should be released to the public.

                                      Respectfully submitted,

                                      MATTHEW GRAVES
                                      UNITED STATES ATTORNEY

               By:    s/ *Emily W. Allen*
                        Emily W. Allen
                        Assistant United States Attorney