Gretchen L. Staft
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
188 W. Northern Lights Blvd., Suite 700
Anchorage, Alaska 99503
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: gretchen_staft@fd.org

*Counsel for Defendant Joseph Howe*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>  vs.<br><br>JOSEPH HOWE,<br><br>               Defendant. | Case No. 1:21-cr-00087-TJK-002<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE DEFENDANT'S SENTENCING MEMORANDUM** |

Defendant Joseph Howe, through counsel, Assistant Federal Defender Gretchen Staft, moves this Court unopposed for an extension of time to file his sentencing memorandum until Monday, October 16, 2023. The current deadline is today.

Undersigned counsel has been working diligently on sentencing preparations in this case, but unexpected circumstances have delayed the completion of the memorandum, and additional time is needed in order to provide Mr. Howe with effective assistance of counsel. The requested extension will not require a continuance of the October 20, 2023 sentencing hearing; the parties intend to proceed with sentencing as scheduled.

The government, through Assistant United States Attorney Emily Allen, is unopposed to the requested extension.

//

DATED at Anchorage, Alaska this 13th day of October, 2023.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
DISTRICT OF ALASKA

*/s/ Gretchen L. Staft*
Gretchen L. Staft
Assistant Federal Defender

Certificate of Service:

I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on October 13, 2023. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.

*/s/ Gretchen L. Staft*