IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH HOWE,<br><br>Defendant. | Case No. 1:21-cr-00087-TJK-002<br><br>*Proposed* **ORDER RE UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE DEFENDANT'S SENTENCING MEMORANDUM** |

After due consideration of the defendant's Unopposed Motion for Extension of Time to File Defendant's Sentencing Memorandum, the motion is GRANTED.

IT IS HEREBY ORDERED that the October 13, 2023 deadline to file sentencing memoranda is EXTENDED to October 16, 2023.

DATED this __ day of October, 2023, in Anchorage, Alaska.


_____
Timothy J. Kelly, District Judge
UNITED STATES DISTRICT COURT