Dear Judge Kelly,

My name is Katrina Howe. First, I want to express my gratitude for the opportunity to speak on my husband's character from a perspective that no one else has the privilege. I understand that Joe has accepted responsibility for his actions on January 6th and I am writing to offer a more complete picture of who Joe really is.

I am 27 years old, mother of 2 (L██-8, M█ 7) and a wife to Joseph Howe. I grew up in the heart of the Pocono Mountains in Pennsylvania until I was about 13 years old. My parents moved us to Kentucky in hopes to provide a better lifestyle for my siblings and I. I graduated high school early and went immediately into the work force. I bought my first home at age 20. I was a single mother of a newborn and a son who was just over a year old. I would best describe myself as a hard-working, self-motivated, individual who wants what is best for my family.

I met Joe in August of 2016 when I started working at Altec. Our work areas were side by side and it didn't take long for me to fall in love with his one of a kind personality. We officially started dating in February of 2017. We bought our home on 13 acres in August of 2017 and we got married on September 9th, 2020. When I say that Joe has a one of a kind personality, I don't say that lightly. I have never met someone so generous, so caring and so selfless. He puts everyone before himself and I hope these examples give you some insight on the person that Joseph Howe really is.

Before Joe and I got together, I had 3 horses that meant a lot to me. Joe recognized that and without saying a word, he worked day and night to make sure that I woke up to my horses nickering 4 days after we moved in. I was also on night shift the first year we were together. He would come home from work and let me catch a nap before I had to go to work later that night, He would make dinner, do dishes, give the kids a bath and put them in bed. When I was at work and the kids were in bed he would go outside with a baby monitor strapped to his neck and continue the chores outside. Whether it was building the pig pen, improving the fence, bush hogging, putting in a food plot for me to hunt on. Whatever it was he did it, without a word of complaint. You have to understand the whole situation to fully appreciate these things like I do. I was single mom of 2 kids under 2 years old. Living paycheck to paycheck. When Joe came into our lives the kids were 2 years old and 8 months old. He provided us with a home, not just a house. He provided us with anything and everything we could imagine. He completed us.

In the 6 and a half years that I have been with Joe, I have witnessed him touch more lives than just my own. He has opened our home to people who didn't have access to alternative heating during snow storms. He has been the first one to jump in with our own equipment to help clean up damage from any type of storm. He has helped countless people at work, learning and troubleshooting technical issues. Group leaders, supervisors, engineers and plant managers alike all look to Joe for answers when no one else has them. Joe is always there to help anyone who needs it. He is the first one to help without being asked even outside our own community.

It is hard to describe my husband in just a few words and a few scenarios. Joe has honestly dedicated his whole life to serving people. I am asking you for some mercy. One bad decision shouldn't override a lifetime of good. We are going to lose a great asset to our community while he is gone.

I would like to end this letter in appreciation for your time and consideration. However, there is one more thing I would like to mention. People always tell me that my son (L███ ) has a heart the size of this world. Joe always says, "I don't know where he gets it from". I would say that my son get his big heart from the Dad that has raised him since before he was 2, Joseph Howe.

Sincerely,
Katrina Howe

Dear Judge Kelly                                  October 6,2023

My name is Joseph E Howe, I am Father of the Defendant.

I have worked in the construction field for over 45 years, and I retired this year. I raised three children and have 13 grandchildren.

I raised my son and two daughters to be honest and instilled a hard work ethic and taught them to be dependable, reliable, and respectful adults.

I would like to talk to you about my son, whom I love and respect very much, and I am so proud of him. I watched him grow from a baby to the compassionate man he is today. A devoted husband and great father to his kids.

He strives to better himself by being a good neighbor and helping others when they need it. I am sure many of his neighbors are also writing to you because that's the kind of man my son is, he doesn't know a stranger and they have built a little community that helps one another. I have met some of his co-workers and they have all told me what a fine person he is, and he would give you the shirt off his back if you needed it.

What I will miss most once he is serving time is our morning phone calls every day, some days multiple times a day, just to talk, see if I need anything, tell me about his day and my grandkids day. I promised him I will watch out for his family, and I will, but so will all the others that he has helped and built lasting relationships with over the years. In this day and time, not many people have the support my son and his family do, and that shows what kind of man he is.

I will close my letter by saying thank you Judge Kelly

for your time and consideration in my son's case.

Josep Howe

Dear Judge Kelly                                    October 6,2023

My name is Julie Trucksess. I am the Admission Coordinator at Signature HealthcCARE in Radcliff KY.

I am an Ambassador for the Hardin Co Chamber of Commerce and a Red Cross volunteer. I have 4 children and thirteen grandchildren.

I have known Joseph for approximately 7 years, I met him through my ongoing relationship with his father. In that time, I have seen him grow to be the man he is today.

On many occasions I have witnessed his kindness by helping neighbors with physical chores on their farms. He took time off from work and family to deliver supplies to help the flood victims in Ky.

He raises two young children whose father lack's ability to properly care for or love them. I remember when he started dating their mother, he was holding the youngest in his arms and said in wonderment how can anyone turn their back on a child.

He is a supportive and compassionate son, brother, husband, father, neighbor, and friend. Once you meet him you realize how rare of a person he is, he has an old soul and is full of knowledge and loves to share that passion with others.

He works hard to provide for his family, he and his wife bought their farm and have worked to clear pastures for their livestock, tilled land for a garden, built a zipline for his kids, and cleared a go cart path for them to ride on. They are the type of parents all children want, and other parents want their children to be around.

I hope you take into consideration the man that Joseph Howe truly is and not what they portray him to be on the internet.

Thank you for your time.

*Julie E Trucksess*

Dear Judge Kelly,

   My name is Robert Duke. I am writing this letter in reference to Joseph (Joe) Howe and the man, and friend he truly is. I would like to start out by saying thank you for taking the time out of your busy schedule to read this letter. I met Joe when he started work in my department at my place of employment about 12 years ago. Over the past 12 years I have come to know Joe for the person he truly is. As we go through life there are not very many people we can truly depend on, or count on to be there for us if we need them, but I have found that Joe is that guy.

   Joe is a very selfless guy that will do anything he can to help those in need, and expect nothing in return. He has gone above and beyond at work and home to provide for his family. Joe is an amazing Dad to his two children L█ and M█ ,and husband to his wife Katrina. I have watched how excited he gets when talking about them and some of the silly things he does with them, and how they smile when talking about him.  They grow a big garden every year and preserve what they need and will give some to others and neighbors who need it. When a storm hits in our area he will be the first one with a chainsaw, tractor, shovel, truck or whatever else is needed to help his neighbors, or complete strangers clean up driveways or make roads passable again for the utility companies and emergency vehicles to pass. He will call and check on you ,to make sure you and your family are okay and if you need anything as well. When covid hit me and my family, Joe called several times to see if me and my family needed anything. Without a doubt I know if I did need anything he would have been at my door with it. That's just who he is. A couple years ago our state was hit with devastating floods, Joe was the first ready to lend a helping hand and help out where he could. From giving out bottles of water to clearing and cleaning up roads and bridges to make them accessible again. Even if it was to give someone reassurance that everything would be okay. A Lot of people lost everything they had, and Joe was there to help out where he could

   At work we build aerial equipment for the electrical and telecommunications companies. Joe is looked up to by many to diagnose and fix technical issues with this equipment. I can recall one year, New years eve, we had a truck that had to be on the customers lot by midnight. When the unit was getting ready to be delivered ,the unit stopped working. Joe was called and without hesitation he came in to diagnose and fix this unit so the customer could get their unit in time. For as long as I have known Joe this is who he is. Joe has always gone above and beyond, this is just one of many examples of his passion he has for helping others out. He helps someone at work everyday.

   At home , Joe is always into something. From making trails in the woods for his kids to ride their go karts to working on his farm. Joe is proud of his farm and his family. He is the hardest working man I know to provide for his family. He always has a story about something silly he did with the kids or for the kids. From how he installed the swimming pool to building them their very own zip line. He truly is a great provider for his family.  The kids are getting to that age where they can do more and are

always wanting to learn. M██ is a daddy's girl following him everywhere he goes, always at his heels. L██ is a momma's boy, but still looks up to his dad. He loves those kids and it shows. Katrina loves to garden, and Joe does everything he can to help her with this. From tilling and prepping the soil to building the raised garden beds. Katrina also has a passion for horses, so he cleared some land, worked it and built her a horse barn for her horses. This is just a testament of how great a father and husband he is and how much he loves his family and how much they love and admire him.

   In conclusion , I would like to thank you again for taking the time to read this to get a glimpse of Joseph Howe and the man he really is.  There are so many good things I could say about Joe. I have four brothers and three sisters. Joe is more than a friend , he is like a brother to me. I am closer to him than I am to my actual brothers. A man of his character and loyalty is not found in too many people these days. I am proud to call him my brother and my friend.

Sincerely,

Robert Dike

Sent from my iPhone

DocuSign Envelope ID: 3C9C1B84-9923-4071-B14C-87BE712CF56C

Dear Judge Kelly,

October 01, 2023

My name is Gail Day, I'm from Sonora, Kentucky. I'm 58 years old,widowed and currently

employed at Altec Inc. in Elizabethtown, Kentucky. I've worked since i was 16 years of age

in the automobile field. My husband passed away 8 years ago of Stage 4 Lung Cancer. I have

1 daughter 25 and 1 granddaughter age 3.

I am writing this letter of Character about Joseph Howe of Magnolia, Kentucky.

I currently work side by side with Joe. He is a very intelligent, funny, hard working,

family oriented man. He loves his family very much. Joe takes very good care of his family

your Honor. After he gets home of a 8-9 hour shift at Altec he works even harder when he gets home.

He raises cows, pigs,rabbits and much more. They plant huge gardens when its that time of year

for the fresh vegetables, he even helps his wife do the canning.

Joe is a great husband and Father, He takes his kids to their doctor appointments so his wife Katrina

doesn't have to. He also makes his children homemade toys. He built a tree house and even

a zipline, how awesome is that? I think any child would want Joe for a father.

Joe has a huge heart and a true soul, he would help anyone in need no questions asked.

You couldn't ask for a better friend. He's always willing to help. We were talking one day and I

needed something for fertilizer, he said that rabbit droppings were the perfect thing for me.

I thought he was joking, but the next morning he had a 5 gallon bucket of rabbit droppings

DocuSign Envelope ID: 3C9C1B84-9923-4071-B14C-87BE712CF56C

and set them behind my vehicle and at the end of the shift he loaded them for me.

In the three years that I've known Joe Your Honor, he's always been an awesome guy.

Thank You for Your Time,

Gail Day

Pamela Riggs



Magnolia, Kentucky

October 4, 2023

Honorable Timothy J. Kelly
U.S. District Court for the District of Columbia

RE:   USA v Joseph Howe
      Case No. 21-CR-087

Dear Honorable Judge Kelly:

I am writing this letter regarding Joseph Howe. Joe is a good friend of mine. I have known Joe, his wife Trina and their two (2) children for the past 5 years. Joe is a very personable person with strong family values, goes out of his way to help his friends. For example, during the wind storm last year we lost a huge maple tree in our front yard. The very next morning Joe pulled into our drive with Trina and the children and with his chain saw in hand he started cutting up the tree. No one else helped us that day except Joe and his family. That is the type of a person Joe is. He is a very selfless person and an outstanding person in our community.

Joe and Trina have a beautiful farm that they enjoy with their children. Joe is a family man who works hard at his job and takes care of his family and all of their animals. Joe and Trina enjoy being with their friends and their families on the weekends for a cookout, fishing with the kids and/or attending whatever type of sport activity the children may have or just relaxing at home.

I know Joe made a mistake getting into the hype of January 6th. Joe is not the kind of person that he is being accused of. Joe is a strong individual who loves his family and his country.

I ask you Your Honor to be lenient on Joe and to consider his wife and their young children when you make your decision.

Sincerely,

Pamela Riggs

Pamela Riggs

October 07, 2023

Dear Judge Kelly,

I have known Joe Howe for about 5 years. I have known him to be a hard worker both at his job and on his farm. He is a wonderful husband and father, and honest in his dealings with others. I am asking that he not receive a harsh penalty for following the request of his president. I firmly believe he did not have malice in his heart, but, believed at the time that he was doing the right thing. I am sure if he had it to do over he would make a different choice.

His family truly needs him at home, that farm and the financial burden it will cause will be devastating for his wife and children.

I thank you for hearing me and for your consideration.

Sincerely,

Sandra Bousum

Radcliff Ky

Dear Judge Kelly!

My name is Jeffrey Grimes, I'm 62 years old. Semi retired carpenter, farmer - Business owner/operator. I have lived in this same rural KY. Neighborhood my whole life. I've employed several people in my lifetime and recognise genuine good character when I see it.

I met Joe and his family mid summer of 2021. I have found Joe (and his whole family for that matter) to be eager to help ANYONE in need and is genuinely respectful, honest, trustworthy AND A community minded person, the type ANY community would be blessed to have as a neighbor and friend.

Joe Howe has always been the first one to offer help - support or whatever he could do to help. As far as character... in my opinion, there is none better that I have encountered in my 62 years of life. He is truely AN Asset to the community and will be to ANY to ANY community he was A part of including yours Sir, it given A chance.

The loss of this individual in my community would surely be a great loss to everyone that has come to know him.

I respectfully petition this court to show mercy on us while sentencing this valuable citizen as we have so few these days as you no doubt well know.

Sincerely:

Post Script

A wise old man whom I respected and revered once told me:

"A man should not be judged solely upon a single action or statement made while defending his home–family–country or way of life... I tend to agree

Dear Judge Kelly,

My name is Thomas Brothers. I am a happily married man of 13 years on October 1. I have a stepson aged 20 and 2 sons ages 18 and 10. I love being around my family and spending time in the great outdoors. I was raised on a farm and am a supporter for FFA (Future Farmers of America) and 4H and what they teach young men and women in this great country. I am writing you this letter regarding Joseph Howe.

I have worked around Joseph for a little over 5 years now. The first two and a half years I worked on the opposite shift of Joseph. I did not know him personally at that time, but I did know that if I needed help with electrical work that he was the person to go to for assistance. Any time that there were issues with electrical schematics or routings I was informed to get Joseph to look at it and he will get it fixed for you. In July of 2021 I was given the opportunity to come to the same shift and work with Joseph. At that time, we were looking at creating a new troubleshooting position in our plant and he was on the top of my list for the position. This was an applied position and after the posting was taken down, I was informed that Joseph did not put in for it. I approached him to ask why he did not apply, and he had his personal reasons and he stood behind those reasons. He felt at the time that we did not go about posting the job correctly. I ended up having several conversations with Joseph over the next few months and I learned a lot about Joseph. After getting to know more about Joseph I could see that he is a very passionate person in and out of work. He is a firm believer in his family and this great country that we live in. He loves taking care of the property that he and his wife live on.

Joseph understands that he made a mistake that day while at the capital. I personally trust Joseph and know that he is an honest hardworking man. He does everything for his family and will do anything for his friends. If someone needs help, he is there trying to see what he can do to for them. I do not feel that the actions of that day truly reflect who Joseph is as a person.


Sincerely,

Thomas A. Brothers

Thomas A. Brothers

Judge Kelly,

I am writing you today in hopes to help you better understand exactly who Joseph Howe is. I first met Joe personally when his wife and I became friends around a year and a half ago. I know this may not seem like an adequate amount of time to speak on one's character but, I feel the impact I have seen Joe make on his community within this time justifies writing this letter.

I would first like to say most importantly that Joe is selfless. I have personally experienced on countless occasions Joe extend his helping hand and ask for nothing in return. For example, when we had a few bad snow days last winter around Christmas time, Joe opened his doors to my family of 5. We had no power and didn't know when we would be getting it back. We gathered a few gifts for our kids and headed to Joe's house. I will never forget how Joe and his wife Katrina allowed my family to be there on what could potentially be their last family Christmas for a while, as he was facing charges at that time.

Joe is not only generous to his friends, but to his community as well. In July of 2022, Eastern Ky experienced floods that swept through 14 counties. When the water subsided, Joe took it upon himself to gather tools and equipment to go help for the weekend. To me this speaks largely on who Joes character is. You see, he did not care who you were, or what you believed in. He cared that there were people who needed help and he was able to assist. So that's what he did.

I would like to express my appreciation for you taking the time to read not only mine, but all of these letters. We understand that Joe has taken responsibility for his actions, and we also understand you have a responsibly to uphold. Which is why it is important to us that *you* understand exactly who he is through his community's eyes. Joe is a father, a provider, and a friend to many. He is the type of man who puts others before himself and doesn't think twice about it.

Thank You,
Jalyn Lyttle

Date: 10.06.2023

Joe L. Howe:  Character Attestation

Submitted by:  Amber Stull (sister), Hughes Ash (friend),

To whom it may concern,

Sir/Ma'am, we would like to take this opportunity, during this most challenging of times for Joe's family, friends, co workers, and supporters, to attest to Joe's character.  Since an early age JoJo has given his loyalty to his Family, and Country, anyone in Joe's sphere of influence can count on JoJo to give his best effort to help when in need.  JoJo is local to Elizabethtown, Kentucky and has worked for Altec Corp of E'Town for the better of 10 years and has received several accolades, awards, and promotions during his tenure.  Joe is also a Full-Time Farmer on the homestead that he and his wife (Katrina) have built to ensure a secure future for their family thus participating in the "The American Dream", what we admire most in Joe's character is his integrity. Our family stands behind Joe, he is an upstanding citizen and asset to his community and our society.

Joe will take his punishment as sentenced, he will "pay his dues to society". He then will come home to his family and home and continue to be an upstanding member of his community. For Joe, being sent to prison is not taking a criminal off the streets, it is taking a productive man, a husband, dad, brother, and son from his family. Joe would never intentionally harm anyone; he is one of the most kind, sincere people we've ever known. Joe is an honest, admirable man who has built dreams from nothing.

Sincerely,

Amber Stull and Hughes Ash        October 06, 2023

Dear Judge Kelly,

My name is Joshua "Jeremy" Edholm, I am a devoted husband of 25 years, a father of two and a grandfather to a wonderful one year old granddaughter. I have worked multiple roles at Altec Inc. over the last 11 years and that is how I met Joseph Howe.

I have known Joseph for 7 years and have worked with him or around him in various roles. Joseph is a very intelligent and driven man. Joseph is very outspoken and likes to complete his jobs with the highest quality possible for our customers. He is also one of the go-to associates for electrical troubleshooting and training. Joseph and his thirst for knowledge has made a huge impact during his time here, as he troubleshoots electrical issues on the trucks and offers solutions for the engineering to implement.

Joseph is known for being a friend that will help in a situation if he can. I know that he has gone to friends houses and assisted with wiring projects and he recently repaired a barn roof for an elderly neighbor.

Joseph is a devoted husband and father to his stepchildren and talks about their achievement's while at work. He is always trying to improve the land and house in which he and his family live.

Joseph's passion and sense of pride for our great nation caused him to get wrapped up in an unfortunate series of circumstances and I do not think that the actions of that day reflect in the way Joseph has and now carries his self.


Sincerely,

Joshua J. Edholm

October 8, 2023                                                                                          1

To Whom it May Concern

In testimony to the character of Joe Howe:

What is a real friend? Not many of us can give testimony to the commitments and energy required to be a real friend, especially during the most trying times of our lives. I am the lucky one. For many years, Joe has stood by me in the happiest and saddest times.

I can count on just a few fingers the number of people who I know that will come to me whenever I call. Who can you tell that about? For me, Joe is one of those few.

Joe originally formed a friendship with my husband after we sold to Joe our old house. It could have been just a business transaction, and we could have gone our separate ways as transactional strangers. But that's not how this story goes. My husband invited Joe into our lives. We hung out, we ate meals together, we lived across the street from one another. Joe's kids became our honorary grandchildren. Joe's family became part of our family.

Joe and my husband found many things in common despite their age differences. They are men of integrity and values, strength and honor. They are willing to hold tight to faith. They became each other's support and ally.

My husband became Joe's role model. He guided Joe and taught Joe as he learned about being a husband, provider, and protector of his young family. Joe stepped into the role of husband and father in a new family; a task few young men are willing to accept.

Joe has been there to keep my husband company when I was away at work. Joe was there to manage our farm when we were away for work or vacation. Joe was there when the tasks were too large to handle by an individual man. For me and for my husband, Joe was the man I know we could call who would come to us no matter how large or small the favor was we asked. He is grounded, caring, unselfish.

Joe and my husband became brothers, best buddies. And in the end, when my husband died suddenly and unexpectedly, Joe was there to carry him. To honor him. To help escort him into heaven. Joe stayed by my side, he protected me and took care of me when my husband no longer could.

For me, my friendship with Joe is undying, fully committed. For Joe, my debts to him will never be paid. Because I know that despite time or distance or life experiences, Joe will stand by me, and he will honor his promise to my husband that he will continue to keep an eye on me to keep me safe in this life.

For all these reasons, it is my full complete testimony that Joe is the embodiment of empathy, loyalty, trust, honesty, respect, and honor. These characteristics will rejoiced and praised in our next lives and until then I will stand by Joe.

X _____
Tara N. Perkins
RN, BSN

Dear Judge Kelly

Hello, my name is Matthew Moore and I'd first like to thank you for taking the time to read this letter, as I know the importance of this letter as well as the level of difficulty in the decisions you have to make.

I'm a 38-year-old married, father of 3. My wife and I started dating 18 years ago and have been happily married for 12 years now. We share a 20-year-old daughter (my 1st child that I had right after high school from a previous relationship) currently in college to become an RN and 2 sons, ages 10 and 4. I feel the best description of myself is that of the average devoted, hard working, family loving man that wants nothing more than to provide a loving, happy and safe home and future for my wife and kids.

I've known Joseph Howe for 4 years now through our work at Altec. Over the last 2 years I've had (what I describe as nothing less than) the honor and privilege to call Joe my brother.

Joe and myself come from completely different backgrounds with different upbringings and beliefs. But every interaction and conversation we've shared has always felt like I've known him all my life. We have a bond that was built organically with love, honor and respect for each other. There hasn't been a time I've witnessed Joe not offer himself to help or assist someone in need, be it at work, a neighbor, a friend or a community destroyed by floods.

At work, Joe would best be described as dependable, helpful,  knowledgeable and the "Go-To" Troubleshooter at the plant. His knowledge/expertise is desire at every level within our company from managers, engineers, supervisors, associates and customers alike because of his talent at troubleshooting and fixing the more intricate and technical issues we face and fight daily in our industry. He's quick to lend a helping hand and one thing is for certain, he'll do it with a smile while making you laugh. His kindness and humor is infectious. When I first met Joe, my initial thought was "Man, this guy is really smart and knows his stuff" but I quickly realized that it's not his knowledge that sets him apart or makes him stand out, It's his heart. He cares. He truly finds his joy in helping people. It's something he does without hesitation but with full intent.

An example that comes to mind is the heavy floods that destroyed and ravaged Eastern Kentucky at the end of July 2022. Joe was one of the first people I knew personally to mobilize and lend a hand. He gathered donations as well as supplies and then spent a 3 day weekend helping the people of those communities to clean debris/trash, recover cherished items from homes and move to safe housing. He did this on his own free will. To donate just wasn't enough for him, "they need more than pallets of water" I remember him telling me. He wanted to make a difference and not just talk about it. That's the real Joseph Howe. Giving and helping just means more to him. In the short time I've known him, instances like these are one of the many things that he has done to restore my faith in humanity. No matter what our differences may be, I know that Joe isn't going to judge me and is going to have treat me with respect and compassion.

Joe has truly been my "brother from another mother". I can't recall a time I've needed him and he hasn't delivered. When bills were tight with my family through Covid due to loss of wages by my wife, Joe would bring my family bags of farm fresh vegetables from his garden every week. He would take canned meals and vegetables and soups from his own family's reserves/storage to help us out. What

stands out for me is that he did all that without me asking for anything, for no reason other than to help out someone in need. He assisted and talked me through the steps when my basement flooded and I had to replace my flooring. He offered any and every tool in his possession without hesitation. He's never asked for anything in return but I wouldn't be able to look at myself if I didn't do everything that I could to help him in his time of need. I initially gained a "work friend" when I started at Altec. Now, no matter what, I get to leave with a brother.

I know that these few brief paragraphs can't properly encompass nor articulate a full image of Joseph Howe. I know that Joseph Howe is a kind, caring, loving family man that I'm honored and proud to call my friend and brother. I'm hopeful that I was able to describe a model citizen, father and American that you can believe makes the world a better place, just as I do. I know that we all make mistakes but rarely, in my opinion, do we all accept responsibility for our actions the way that Joe has done. It truly hurts that someone I care about has to go through this but I do understand that we're all responsible for the choices we make. I genuinely hope that I've been able to show you a small glimpse into the character of a person who I feel made a mistake and had a lapse in judgement but has a positive influence on all that are around him.

I'd like to end this letter the same way I started, by expressing my deepest gratitude to you once more for taking the time and consideration to read this as I know that this is probably the most difficult part of the process. Thank you!!

Best Regards,

Matthew Moore

*Matthew Moore*

October 12, 2023

Dear Judge Kelly,

We are Greg and Michelle Kulp, we are Military Police Officer Army veterans.  We enjoyed serving our country both in Germany and state side in Georgia, Alabama and in Kentucky, where we now call home.  After eight years we knew it was time to make a life changing decision and we decided that moving our daughter around wasn't what we wanted for her.  We wanted her to have a childhood just like ours, where we started kindergarten and graduated high school with the same people.  We made the Elizabethtown, Kentucky area our home because I was hired with the Department of Treasury as a US Mint Police Officer, working at the Bullion Depository where I've been for 25 years now.  Greg stayed home with our daughter until she was in full day school because we wanted her to have one of us around if we couldn't both be there.  He later worked at a salvage yard and then Tractor Supply Company for 13 years, that's where he met Joe.  He now works at Altec with both Joe and his wife Katrina.

Crazy how time passes so quickly, in writing this we realize we've known Joe for nearly 16 years.  He has been to our home, around our daughter and has always been so supportive of all the things we have both done in the Army and now with our jobs.  Throughout the years we've seen him grow as a person and he's someone we truly enjoy being around.  He loves to make the people around him laugh and he's always willing to share what he knows about things.  Both he and Katrina are the type of people that will drop what they are doing if family or friends need them.  We know you probably read letters like this all the time, but this is the first time Greg and I have written one, so you can imagine how difficult it is to put into words just how much someone means to us and how good of a person they really are.  Joe and Katrina are the type of people that teach their kids to write thank you notes for Halloween "bukits" full of candy and treats, they teach them to take care of nature and enjoy the outdoors.  L█ and M█ are respectful little people that say, "thank you" and "please", which is rare these days.  L█ and M█ aren't Joe's biological kids, when he married Katrina, he also married them.  Given the situation he's in now, we know it's difficult to understand how we can say nice things about him, but what we're asking is that you see Joe the way we do.  Joe has always been a hardworking, loyal, loving, and friendly man.  He loves his family and it's destroying his heart to know that he's going to be away from them for any amount of time.  Joe enjoys spending time watching the kids grow up and learn new things just like any proud father does.  They recently put in a swimming pool and a zip line just for the kids.  He loves to teach them about farming and helping them with their chores.  I'm convinced he enjoys being a father more than a "real" dad does because he's already missed so much being that the kids weren't born to him.  Joe is full of energy, has the best teasing nature and he gives the best hugs!  We understand that Joe should have made a different choice and thought about the circumstances surrounding January 6th, however sometimes that's difficult, especially given with how broken our world seems to be.  Please know that we are asking for leniency not only for Joe but for Katrina, L█, and M█

They will be missing out just as much if not more by not having Joe around them.  Katrina is a strong person, and she will stay strong for herself and the kids, but Joe is a big part of why their family works so well.  We know this letter is about more than Joe, but honestly, we couldn't find a way to write it without including the people that make up who Joe truly is.

Thank you so much for your time.

Respectfully,

Greg and Michelle