

**Exhibit D-2**
**Page 1 of 7**





Exhibit D-2
Page 3 of 7



Exhibit D-2
Page 4 of 7



**Exhibit D-2**
**Page 5 of 7**



Exhibit D-2
Page 6 of 7



Exhibit D-2
Page 7 of 7